UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KERMIT PARKER (#129332)**                                            **CIVIL ACTION**

**VERSUS**

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY**                **NO. 05-1194-C-M2**
**AND CORRECTIONS, ET AL.**

**O R D E R**

This matter comes before the Court on the plaintiff's "Motion to Dismiss", rec.doc.no. 43, wherein he seeks to withdraw his previously-filed motion to place documents under seal. However, considering that the Court has already denied the previously-filed motion to place documents under seal, see rec.doc.no. 42,

**IT IS ORDERED** that the plaintiff's "Motion to Dismiss", rec.doc.no. 43, be and it is hereby **DENIED AS MOOT.**

Signed in chambers in Baton Rouge, Louisiana, January 9, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**