UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KERMIT PARKER (#119466)

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NO. 05-1194-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 9, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendants Jeff Pelitz, R. Reed, Sgt. Sims, Orvin Marcatil, Dr. Tarver, Sgt. Howard and Ken Ray are dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the plaintiff's motion for summary judgment (rec.doc.no. 45) is denied, and the defendants' motion for partial summary judgment (rec.doc.no. 38) is granted in part, dismissing all of the plaintiff's claims for failure to exhaust administrative remedies except his claims relative to the disciplinary charge and proceedings of December 2, 2002, and his claim relative to abuse of the prison's administrative remedy procedure. Finally, the defendants' motion to dismiss,

(rec.doc.no. 36) will be granted, dismissing these two remaining claims for failure to state a claim upon which relief my be granted, and this action will be dismissed.

Baton Rouge, Louisiana, May 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA