UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST. COURT
MIDDLE DIST. OF
2008 MAY 30  AM 10: 26

BY DEPUTY CLERK

KERMIT PARKER (#119466)

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NO. 05-1194-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the defendants' motion to dismiss, (rec.doc.no. 36) is granted, dismissing the plaintiff's claims relative to the disciplinary charge and proceedings of December 2, 2002, for failure to state a claim upon which relief may be granted, and this action is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, May 30, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA